IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HEYWARD,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES GOVERNMENT,<br><br>  Defendant. | Case No. 19-cv-02989-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING COMPLAINT** |

Before the Court is Magistrate Judge Jacqueline Scott Corley's Report and Recommendation, filed July 19, 2019, by which said Magistrate Judge recommends the Court dismiss the complaint filed in the above-titled action, pursuant to 28 U.S.C. § 1915(e)(2). On August 5, 2019, plaintiff Marco Heyward filed an "Opposition to the Report and Recommendation to Dismiss and Equitable Tolling," by which filing plaintiff sets forth his objections to the Report and Recommendation.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the complaint filed in the above-titled action is hereby DISMISSED.[1]

**IT IS SO ORDERED.**

Dated: August 9, 2019

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The Court also notes that the instant action constitutes the third lawsuit plaintiff has filed alleging negligence and other claims based on the same surgery, both of which prior actions were dismissed, the first, without prejudice, for failure to prosecute and the second, with prejudice, as barred by the statute of limitations. See Heyward v. United States Gov't, No.14-cv-05114-KAW (N.D. Cal. May 13, 2015); Heyward v. United States Gov't, No. 15-cv-04254-KAW (N.D. Cal. July 7, 2016).