IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HEYWARD,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES GOVERNMENT,<br>　　　　Defendant. | Case No. 19-cv-02989-MMC<br><br>**ORDER CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH; REVOKING IN FORMA PAUPERIS STATUS; DIRECTIONS TO CLERK** |

Before the Court is the Referral Notice issued to this Court by the United States Court of Appeals for the Ninth Circuit, referring the above-titled matter for the limited purpose of determining whether the in forma pauperis status of plaintiff-appellant Marco Heyward ("Heyward") should continue or be revoked. See 28 U.S.C. § 1915(a)(3) (providing "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith"); Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding "'good faith' . . . must be judged by an objective standard"; noting "good faith" is demonstrated when appellant seeks review of "any issue not frivolous"). Having reviewed the file and considered the matter, the Court rules as follows.

Heyward appeals the order, filed August 9, 2019, by which the Court adopted Magistrate Judge Jacqueline Scott Corley's Report and Recommendation ("Report and Recommendation") in its entirety and, consequently, dismissed Heyward's complaint.

As set forth in detail in the above-referenced Report and Recommendation, the Court "does not have jurisdiction to review, reconsider, or modify the BVA's [Board of Veterans' Appeals] decision regarding Mr. Heyward's service connection claims" (see Report and Recommendation at 4:19-20), and Heyward's claim for "gross negligence and

medical malpractice" (see Compl. at 2), brought pursuant to the Federal Torts Claims Act ("FTCA") (see id. at 3), is "barred by the applicable statute of limitations" (see Report and Recommendation at 6:20). In his Notice of Appeals, Heyward contends his claim under the FTCA is timely because the BVA issued a "decision dated March 18, 2019." (See Notice of Appeals at 1.) Heyward's argument is, however, unavailing, as the decision pertained solely to Heyward's service connection claims. (See Compl., Attach. A.)

Under such circumstances, Heyward's appeal of the above-referenced order lacks an arguable basis in law or fact, and, consequently, does not seek review of a non-frivolous issue. See Neitzke v. Williams, 490 U.S. 319, 325 (1989) (holding appeal is "frivolous" where "none of the legal points are arguable on the merits" (alterations omitted)).

Accordingly, Heyward's in forma pauperis status is hereby REVOKED.

The Clerk shall serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: September 4, 2019

_____
MAXINE M. CHESNEY
United States District Judge